FILED
October 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____DT_____
                  Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case No: EP:25-CR-02645-DB |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 18 U.S.C. §§ 933(a)(3) and (b) – Trafficking in Firearms |
| (1) MARIO ALAN ITURBE-GALLARDO, and (2) EDUARDO ZATARAIN-RAMIREZ, | § § § § | **CT 2:** 18 U.S.C. §§ 932(b)(2) and (c) – Straw Purchasing of Firearms |
| Defendants. | § § § | *Notice of Government's Demand for Forfeiture* |

THE GRAND JURY CHARGES:

**COUNT ONE**
**Trafficking in Firearms**

Beginning on or about August 18, 2025, and continuing until on or about September 23, 2025, in the Western District of Texas, the Defendants,

**(1) MARIO ALAN ITURBE-GALLARDO, and**
**(2) EDUARDO ZATARAIN-RAMIREZ,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to commit offenses against the United States, namely: to ship, transport, transfer, cause to be transported, or otherwise dispose of firearms to another person, including but not limited to the following: a Barrett, Model M82A1, .50 caliber rifle, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, all in violation of Title 18, United States Code, Sections 933(a)(3) and (b).

**COUNT TWO**
**Straw Purchasing of Firearms**

Beginning on or about August 18, 2025, and continuing until on or about September 23, 2025, in the Western District of Texas, the Defendants,

**(1) MARIO ALAN ITURBE-GALLARDO, and**
**(2) EDUARDO ZATARAIN-RAMIREZ,**

did knowingly purchase, attempted to purchase or conspired to purchase, firearms to wit: a Barrett, Model M82A1, .50 caliber rifle, in or otherwise affecting interstate or foreign commerce, for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intended to use, carry, possess, or sell or otherwise dispose of the firearms in furtherance of a felony, to wit: exporting the firearm to Mexico without a license in violation of Title 18, United States Code, Section 554, all in violation of Title 18, United States Code, Sections 932(b)(2) and (c).

**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**
[*See* **Fed. R. Crim. P. 32.2**]

**I.**
**Firearms Violation and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 932(b)(2) and (c), 933(a)(3) and (b),**
**subject to forfeiture pursuant to Title 18 U.S.C. § 934(a)(1)(A) and (B)]**

As a result of the criminal violations set forth above, the United States gives notice to Defendants **(1) MARIO ALAN ITURBE-GALLARDO** and **(2) EDUARDO ZATARAIN-RAMIREZ** of its intent to seek the forfeiture of the property described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 934 (a)(1)(A) and (B), which state:

> **Title 18 U.S.C. § 934. - Forfeiture and Fines**
> **(a) Forfeiture.**
> (1) In General.— Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law—
> (A) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and

(B) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.

This Notice of Demand for Forfeiture includes but is not limited to the property described below in Paragraph II and money judgment in Paragraph III.

## II.
## Property

1. Barrett, Model M82A1, .50 caliber rifle Serial #AA018653;
2. Seven boxes of .50 caliber ammunition;
3. Approximately 950 rounds of .50 caliber ammunition; and
4. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

## III.
## Money Judgment

A sum of money that represents the amount of proceeds obtained, directly or indirectly, property involved in such offense, or traceable to such property as a result of the violations set forth above, for which Defendant **MARIO ALAN ITURBE-GALLARDO AND EDUARDO ZATARAIN-RAMIREZ** is solely liable.

### Substitute Assets

If any of the above listed forfeitable property, as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture, pursuant to Title 21 U.S.C. § 853(p), as incorporated by Title 28 U.S.C. § 2461(c), of any other property of said Defendants up to the value of the forfeitable property.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: *[signature]*
Assistant United States Attorney