UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL NO. EP-25-CR-02645-DB |
| 1) MARIO ALAN ITURBE-GALLARDO, and<br>(2) EDUARDO ZATARAIN-RAMIREZ, | § § § § § § § | |
| Defendants. | § § | |

**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Property.

The Indictment (ECF No. 27), returned on October 22, 2025, gave notice that the United States seeks the criminal forfeiture of property pursuant to Title 18 U.S.C. § 934(a)(1)(A) and (B), from Defendants MARIO ALAN ITURBE-GALLARDO and EDUARDO ZATARAIN-RAMIREZ. Specifically, this Bill of Particulars seeks the criminal forfeiture of certain property, which is included herein from the Defendants, for the violations of Title 18 U.S.C. §§ 932(b)(2)and (c), 933(a)(3) and (b), subject to forfeiture pursuant to Title 18 U.S.C. §§ 934(a)(1)(A) and (B).

**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**
[*See* Fed. R. Crim. P. 32.2]

**I.**
**Firearms Violation and Forfeiture Statutes**
[Title 18 U.S.C. §§ 932(b)(1), (b)(2), (c)(1), 933(a)(3) and (b),
subject to forfeiture pursuant to Title 18 U.S.C. § 934(a)(1)(A) and (B)]

As a result of the criminal violations set forth above, the United States gives notice to Defendants **(1) MARIO ALAN ITURBE-GALLARDO** and **(2) EDUARDO ZATARAIN-RAMIREZ** of its intent to seek the forfeiture of the property described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 934 (a)(1)(A) and (B), which state:

> **Title 18 U.S.C. § 934. - Forfeiture and Fines**
> **(a) Forfeiture.**
>   (1) In General.— Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law—
>     (A)  any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
>     (B)  any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.

This Notice of Demand for Forfeiture includes but is not limited to the property described below in Paragraph II and money judgment in Paragraph III.

## II.
## Property

1. Barrett, Model 82A1, .50 caliber rifle SN:AA018653;
2. Approximately 950 rounds of .50 caliber ammunition; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

## III.
## Money Judgment

A sum of money that represents the amount of proceeds obtained, directly or indirectly, property involved in such offense, or traceable to such property as a result of the violations set forth above, for which Defendant **MARIO ALAN ITURBE-GALLARDO AND EDUARDO ZATARAIN-RAMIREZ** is soley liable.

**Substitute Assets**

If any of the above listed forfeitable property, as a result of any act or omission of the Defendants:

      a. cannot be located upon the exercise of due diligence;
      b. has been transferred or sold to, or deposited with, a third person;
      c. has been placed beyond the jurisdiction of the Court;
      d. has been substantially diminished in value; or
      e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture, pursuant to Title 21 U.S.C. § 853(p), as incorporated by Title 28 U.S.C. § 2461(c), of any other property of said Defendants up to the value of the forfeitable property.

    Respectfully submitted,

    JUSTIN R. SIMMONS
    UNITED STATES ATTORNEY

By:     /s/
    Patricia J. Acosta
    Assistant United States Attorney
    Texas Bar No. 90001590
    700 E. San Antonio, Suite 200
    El Paso, Texas 79901
    Tel: (915) 534-3404
    Email: patricia.acosta@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2026, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notice to the following CM/ECF participants:

Michael F. Gorman
Office of the Federal Public Defender
Email: *michael_gorman@fd.org*
Attorney for *Mario Alan Iturbe-Gallardo*

Eduardo Solis
Law Offices of Eduardo Solis, P.L.L.C.
Email: *esolis@solislawoffice.com*
Attorney for *Eduardo Zatarain-Ramirez*

                                            /s/
                                      Patricia J. Acosta
                                      Assistant United States Attorney