**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. EP-25-CR-02645-DB** |
| | § | |
| **(1) MARIO ALAN ITURBE-** | § | |
| **GALLARDO and** | § | |
| **(2) EDUARDO ZATARAIN-RAMIREZ,** | § | |
| | § | |
| **Defendants.** | § | |

**UNITED STATES OF AMERICA'S**
**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney and files this Motion for Preliminary Order of Forfeiture pursuant to the provisions of Title 21 U.S.C. § 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2), 32.2(b)(2)(B), and 32.2(c)(1), and in support thereof states the following:

**I.**

On February 10, 2026, Defendant MARIO ALAN ITURBE-GALLARDO pled guilty (ECF No. 55), pursuant to a written Plea Agreement packet (ECF Nos. 52, 53) to Count Two of the Indictment (ECF No. 27), charging the Defendant with the violation of Title 18 U.S.C. § 932(b)(2) and (c). On February 23, 2026, Defendant EDUARDO ZATARAIN-RAMIREZ pled guilty (ECF No. 61), pursuant to a written Plea Agreement packet (ECF Nos. 59, 60) to Count Two of the Indictment (ECF No. 27), charging him with the violation of Title 18 U.S.C. § 932(b)(2) and (c). The Indictment also included a Notice of Government's Demand for Forfeiture seeking forfeiture.  On January 7, 2026, the Government filed a Bill of Particulars for Forfeiture of

1

Property (ECF No. 47) giving notice to the Defendants of its intent to seek the forfeiture of the property described below pursuant to Title 18 U.S.C. § 934(a)(1)(A) and (B).

As part of their guilty pleas, Defendants MARIO ALAN ITURBE-GALLARDO and EDUARDO ZATARAIN-RAMIREZ agreed to immediately and voluntarily forfeit all their rights, title and interest in the property described below, namely:

1. Barrett, Model M82A1, .50 caliber rifle Serial #AA018653;
2. Approximately 950 rounds of .50 caliber ammunition; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense,

hereinafter referred to as the Subject Property.

## II.

The United States of America moves the Court to find that the Defendants have an interest in the Subject Property and that the United States of America has proven by a preponderance of the evidence the nexus between the Subject Property and the violation of Title 18 U.S.C. § 932 (b)(2) and (c) by virtue of the Defendants' guilty pleas pursuant to written Plea Agreement packets with the factual basis contained therein.

Accordingly, the United States of America moves this Honorable Court for entry of a Preliminary Order of Forfeiture, which forfeits all rights, title, and interests of the Defendants in the Subject Property.

## III.

The United States moves the Court, pursuant to Title 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), for an Order authorizing the United States through its lawfully designated agents and agencies, including the Bureau of Alcohol, Tobacco, Firearms, and Explosives and/or its designated agent, to seize, take custody, control and possession of the Subject Property whether held by the Defendants or a third party.

**IV.**

The United States further moves the Court, pursuant to Fed. R. Crim. P. 32.2(b)(6)(A) and (C) and Title 21 U.S.C. § 853(n)(1), for an Order authorizing the United States to cause publication for at least 30 consecutive days on an official government internet web site (www.forfeiture.gov) of notice of the Preliminary Order of Forfeiture, and of its intent to dispose of the Subject Property in such manner as the United States directs.

The United States of America further moves this Court for an Order authorizing that the contents of the published notice be in compliance with Fed. R. Crim. P. 32.2(b)(6)(B).

**V.**

The United States further moves the Court, pursuant to Fed. R. Crim. P. 32.2(b)(6)(A), for an Order authorizing the United States to send direct notice of the Preliminary Order of Forfeiture to any person or entity who reasonably appears to the United States to be a potential petitioner withstanding to contest the forfeiture in the ancillary proceeding.

The United States of America further moves this Honorable Court that Appendix A[1] be served on potential petitioners along with the Preliminary Order of Forfeiture.

**VI.**

Pursuant to Fed. R. Crim. P. 32.2(c)(1)(B) and in an effort to promote judicial economy, the United States further moves the Court for an Order authorizing the United States to commence discovery proceedings, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas pursuant to Fed. R. Civ. P. 45, at the time that any petitions are filed in order to resolve any third-party issues.

---

[1]Appendix A, which is entitled "Direct Notice of Preliminary Order of Forfeiture," sets forth the appropriate procedures, deadlines and applicable statutes necessary to file a third-party petition.

## VII.

Lastly, the United States moves the Court, pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), to order that at the time of the sentencing of the Defendants the forfeiture of the Subject Property be included in their respective Judgment in a Criminal Case.

WHEREFORE, PREMISES CONSIDERED, the United States of America moves this Honorable Court for entry of a Preliminary Order of Forfeiture.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By:         /s/

Patricia J. Acosta
Assistant United States Attorney
Texas Bar No. 90001590
700 E. San Antonio, Suite 200
El Paso, Texas 79901
Tel: (915) 534-3404
Email: patricia.acosta@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Michael F. Gorman
Office of the Federal Public Defender
Email: michael_gorman@fd.org
*Attorney for Defendant Mario
Alan Iturbe-Gallardo*

Eduardo Solis
Law Offices of Eduardo Solis, P.L.L.C.
Email: esolis@solislawoffice.com
*Attorney for Defendant Eduardo
Zatarain-Ramirez*

/s/
_____
Patricia J. Acosta
Assistant United States Attorney

5