**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. EP-25-CR-02645-DB** |
| | § | |
| **(1) MARIO ALAN ITURBE-** | § | |
| **GALLARDO and** | § | |
| **(2) EDUARDO ZATARAIN-RAMIREZ,** | § | |
| | § | |
| **Defendants.** | § | |

**PRELIMINARY ORDER OF FORFEITURE**

Came on to be considered the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. § 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2), 32.2(b)(2)(B), and 32.2(c)(1), and this Court being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of the evidence a nexus between the property described below and violation of Title 18 U.S.C. § 932(b)(2) and (c) by virtue of the Defendants MARIO ALAN ITURBE-GALLARDO'S and EDUARDO ZATARAIN-RAMIREZ' respective written Plea Agreement packets (ECF Nos. 52, 53, 59, 60) with the factual basis contained therein, and that the Defendants have an interest in said property.  As such, said Motion is meritorious, and hereby is in all things GRANTED.

IT IS THEREFORE ORDERED that all rights, title, and interests of the Defendants in certain property, namely:

1. Barrett, Model M82A1, .50 caliber rifle Serial #AA018653;
2. Approximately 950 rounds of .50 caliber ammunition; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense,

hereinafter referred to as the Subject Property be, and hereby is FORFEITED to the United States

of America; and

IT IS FURTHER ORDERED that upon entry of the Preliminary Order of Forfeiture, the United States through its lawfully designated agents and agencies, including the Bureau of Alcohol, Tobacco, Firearms and Explosives and/or its designated agent, shall seize, take custody, control, and possession of the Subject Property whether held by the Defendants or a third party; and

IT IS FURTHER ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website (www.forfeiture.gov) of the notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Property in such manner as the United States directs.   The United States must send notice to any person or entity who reasonably appears to be a potential petitioner withstanding to contest the forfeiture in the ancillary proceeding; and

IT IS FURTHER ORDERED that the United States shall send Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the United States of America's Motion for Preliminary Order of Forfeiture, and incorporated herein to those known to the United States to have an interest in the Subject Property; and

IT IS FURTHER ORDERED that in the event a third-party petition is filed as to the Subject Property the United States shall commence discovery proceedings, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas pursuant to Fed. R. Civ. P. 45, to resolve any third-party issues; and

IT IS FURTHER ORDERED that at the time of the sentencing of the Defendants the forfeiture of the Subject Property shall be included in their respective Judgment in a Criminal Case.


SIGNED this 25th day of March 2026.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

3